**Fill in this information to identify the case:**

Debtor name   **FireForge, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:16-bk-13001**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2016**

X **/s/ Timothy Campbell**
Signature of individual signing on behalf of debtor

**Timothy Campbell**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FireForge, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:16-bk-13001**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $ _____ **124,773.71**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $ _____ **124,773.71**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **11,361,898.08**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ _____ **119,944.18**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ **594,959.18**

4.  Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b

$ _____ **12,076,801.44**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **FireForge, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:16-bk-13001**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **UnionBank**<br>**Orange Co. Retail Banking Treas Svcs 0699**<br>**P.O. Box 513840**<br>**Los Angeles, CA 90051-3840**<br><br>**Name on Account: FireForge, Inc. Spec Dept Acct FBO THL A10 Limited** | **Business MoneyMarket Account** | 3728 | **$34.45** |
| 3.2. | **UnionBank**<br>**Orange Co. Retail Banking Treas Svcs 0699**<br>**P.O. Box 513840**<br>**Los Angeles, CA 90051-3840**<br><br>**Name on Account: FireForge, Inc. Spec Dept Acct FBO THL A10 Limited** | **Analyzed Business Checking** | 6700 | **$10,674.45** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FireForge, Inc.** | | Case number *(If known)* | **8:16-bk-13001** |
|---|---|---|---|---|
| | Name | | | |

**UnionBank**
**Orange Co. Retail Banking Treas Svcs**
**0699**
**P.O. Box 513840**
**Los Angeles, CA 90051-3840**

**Name on Account: FireForge, Inc. Spec**
**Dept Acct FBO THL A10 Limited**

| | | | **Analyzed Business** | | |
|---|---|---|---|---|---|
| 3.3. | / | | **Checking** | 6948 | $89.15 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $10,798.05

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **Security Deposit for Office Building Lease**
   **27261 Las Ramblas, Suite 250**
   7.1. **Mission Viejo, CA 92691**                                    $18,019.06

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.   **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $18,019.06

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
   Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**
   **partnership, or joint venture**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **FireForge, Inc.**                                    Case number *(If known)*  **8:16-bk-13001**
          <sub>Name</sub>

| Name of entity: | % of ownership | | | |
|---|---|---|---|---|
| **FireForge PTE, Limited, a company organized under the laws of the Republic of Singapore**<br>**UEN: 201107509M**<br>**71 Ayer Rajah Crescent**<br>**Singapore 139951**<br>**SINGAPORE**<br>**Application for Striking Off Approved:**<br>15.1. **6/21/2016** | **100** | % | **Tax records** | **$0.00** |
| **FH02 Limited, a company organized under the laws of the United Kingdom of Great Britain and Northern Ireland**<br>**18 South Street**<br>**London, W1K 1DE**<br>**UNITED KINGDOM**<br>**Application for Striking Off Approved:**<br>15.2. **6/21/2016** | **100** | % | **Tax records** | **$0.00** |
| **FirePub, Inc., a Delaware Corporation**<br>**27261 Las Ramblas, Suite 200**<br>15.3. **Mission Viejo, CA 92691** | **100** | % | **Tax records** | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                              **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous Office Furniture and Fixtures**<br>**attached as Exhibit "A" to Schedule B.** | **$0.00** | **Liquidation** | **$17,201.60** |

Debtor    **FireForge, Inc.**
_____
Name

Case number *(If known)*  **8:16-bk-13001**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
communication systems equipment and software
Miscellaneous Computer Equipment attached
as Exhibit "A" to Schedule B.**      $0.00      Liquidation      $23,755.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                    $40,956.60
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)
Miscellaneous Leasehold Improvements
attached as Exhibit "A" to Schedule B.**      $0.00      Liquidation      $0.00

51.    **Total of Part 8.**                    $0.00
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **FireForge, Inc.** | Case number *(If known)* | **8:16-bk-13001** |
|--------|---------------------|--------------------------|-------------------|
| | Name | | |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office Building Lease Property Location: 27261 Las Ramblas, Suites 200, 220, 230, and 250 Mission Veijo, California** | **Office Building Lease** | **Unknown** | | **Unknown** |

| | |
|---|---|
| 56. **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Copyright**<br>**Title: Atlas.**<br>**Registration No.: TXu001866399 / 2013-09-23**<br>**Description: Electronic File**<br>**Copyright Claimant: FireForge, Inc.**<br>**Authorship of Application: FireForge, Inc.**<br>**Date of Creation: 2013** | **Unknown** | | **$0.00** |

Debtor    **FireForge, Inc.**
_____
Name

Case number *(If known)* **8:16-bk-13001**

| | | | |
|---|---|---|---|
| **Trademark**<br>**Title: FIREFORGE**<br>**Serial No.: 86089869**<br>**Applicant: FireForge, Inc.**<br>**Current Identificaiton: International Class 009:**<br>**Computer game programs; computer game**<br>**software; computer game software for use on**<br>**mobile and cellular phones; computer games**<br>**for video and computer games; downloadable**<br>**coputer game programs; interactive**<br>**multimedia computer game programs;**<br>**interactive video game programs; video game**<br>**software.**<br>**Application Date: January 29, 2015** | **Unknown** | | **$0.00** |
| **Trademark**<br>**Title: MBER (The mark consists of standard**<br>**characters, without claim to any particular**<br>**font, style, size, or color.)**<br>**Application Serial No. 86361171**<br>**U.S. Serial No.: 86-089,866**<br>**Owner: FireForge, Inc.**<br>**Lapsed: June 10, 2016** | **Unknown** | | **$0.00** |
| 61. | **Internet domain names and websites**<br>**Website/Domain**<br>**http://www.fireforgegames.com** | **$0.00** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property**<br>**Intellectual Property**<br>**Zeus**<br>**Partial Rights to Zeus**<br>**Intellectual Property Value estimated by**<br>**Debtor.** | **$5,000.00** | **Liquidation** | **$5,000.00** |
| | **Intellectual Property**<br>**Atlas**<br>**Intellectual Property Value estimated by**<br>**Debtor.** | **$50,000.00** | **Liquidation** | **$50,000.00** |
| 65. | **Goodwill** | | |

| 66. | **Total of Part 10.** | **$55,000.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FireForge, Inc.** | Case number *(If known)* | **8:16-bk-13001** |
|---|---|---|---|
| | Name | | |

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
**Commercial Property Insurance**
**Name of Insured: FireForge, Inc. d/b/a FirePub**
**Policy No. BFS (16) 56 01 02 51**
**(Effective: 3/4/2015-3/4/2016)**

**Location of Property Insured:**
**27261 Las Ramblas, Ste. 200**
**Mission Viejo, CA 92691**

**Policy Limits: Tenant Improvements and Betterments**
**Coverage - Building $154,500; Business Personal**
**Property Coverage $185,400; Personal Property of**
**Others Coverage $33,990; Equipment Breakdown**
**Coverage; Commercial Inland Marine; Certified Acts of**
**Terrorism Coverage.**

**Provider: Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**

**Agent: Fullerton Insurance Service, Inc.**
**P.O. Box 4054**
**Fullerton, CA 92834-4054**                                                **Unknown**

**Anthem Silver PPO Plan**
**1500/20%/6250 (1K8W)**
**Provided by Blue Cross of California dba Anthem Blue**
**Cross (Anthem)**
**21555 Oxnard Street**
**Woodland Hills, CA 91367**                                                **Unknown**

**Anthem Gold HMO Plan**
**35/20%/6000 (1K44)**
**Provided by Blue Cross of California dba Anthem Blue**
**Cross (Anthem)**
**21555 Oxnard Street**
**Woodland Hills, CA 91367**                                                **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **FireForge, Inc.** | Case number *(If known)* **8:16-bk-13001** |
|---|---|---|
| | Name | |

**Anthem Gold PPO Plan**
**500/20%/4500 (1K46)**
**Provided by Blue Cross of California dba Anthem Blue**
**Cross (Anthem)**
**21555 Oxnard Street**
**Woodland Hills, CA 91367**

**Unknown**

---

**Commercial Property Insurance**
**Name of Insured: FireForge, Inc. d/b/a FirePub**
**Policy No. BMO (17) 56 01 02 51**
**(Effective: 3/4/2016-3/4/2017)**

**Location of Property Insured:**
**27261 Las Ramblas, Ste. 200**
**Mission Viejo, CA 92691**

**Policy Limits: Commerical Computer Coverage.**
**Equipment $310,000 (all covered property in any one**
**occurrence); Software $150,000 (all covered property in**
**any one occurrence); Extra Expense $40,000 (all**
**covered property in any one occurrence); Commercial**
**Inland Marine Coverage; Certified Acts of Terrorism**
**Coverage.**

**Provider: Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**

**Agent: Fullerton Insurance Service, Inc.**
**P.O. Box 4054**
**Fullerton, CA 92834-4054**

**Unknown**

---

**BusinessPro Policy Common Insurance**
**Name of Insured: FireForge, Inc. d/b/a FirePub**
**Policy No. PL 1944738-02 (renewal of PL 1944738-01)**
**(Effective: 3/4/2016-3/4/2017)**

**Location of Property Insured:**
**27261 Las Ramblas, Ste. 200**
**Mission Viejo, CA 92691**

**Policy Limits: Commerical General Liability Coverage**

**Provider: Great American E & S Insurance Company**
**301 E 4th Street**
**Cincinnati, Ohio 45202-4201**

**Agent: R-T Speciality Irvine**
**2603 Main Street, Suite 800**
**Irvine, CA 92614-4266**

**Unknown**

---

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 8

| Debtor | **FireForge, Inc.** | Case number *(If known)* **8:16-bk-13001** |
|---|---|---|
| | Name | |

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**FireForge 401(k) Profit Sharing Plan and Trust**
**Plan No. 001, Plan ID: 678388**
**Number of Participants: 17**
**Effective Date of Plan: January 1, 2011**                                                    **$0.00**

**Vision Service Plan ("VSP")**
**Group Vision Care Plan**
**Name of Insured: FireForge, Inc.**
**Plan No. 30034510**
**333 Quality Drive**
**Rancho Cordova, CA 95670**
**Effective: July 1, 2014 - June 30, 2016**
**Term: Twenty-Four (24) Months**                                                              **Unknown**

**DeltaCare USA - provided by Delta Dental of California**
**Name of Insured: FireForge, Inc.**
**Plan CA11A**
**17871 Park Plaza Drive, Suite 200**
**Cerritos, CA 90703**                                                                          **Unknown**

78. **Total of Part 11.**                                                                        **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **FireForge, Inc.** | Case number *(If known)* | **8:16-bk-13001** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,798.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,019.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,956.60 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $55,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $124,773.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $124,773.71 |

# EXHIBIT A

12446  FireForge, Inc.                                                                                    07/16/2016  9:57 AM

### Book Asset Detail    7/01/16 - 7/31/16

45-1501681
FYE: 12/31/2016  Mth: 7/31/2016

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period | FMV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Type: Computer** | | | | | | | | | | | | | | |
| 19 | | 3 Computers Hardrives Servers - | 6/23/11 | 2,783.96 | 0.00 | | 0.00 | 2,783.96 | 0.00 | 2,783.96 | 0.00 | S/L | 5.00 | |
| 25 | | Project 2 Servers | 7/07/11 | 2,916.56 | 0.00 | | 0.00 | 2,916.56 | 0.00 | 2,916.56 | 0.00 | S/L | 5.00 | |
| 29 | | Network Switches & Enrollment | 7/15/11 | 164.82 | 0.00 | | 0.00 | 164.80 | 0.02 | 164.82 | 0.00 | S/L | 5.00 | |
| 30 | | Perforce Server | 7/18/11 | 2,048.33 | 0.00 | | 0.00 | 2,014.20 | 34.13 | 2,048.33 | 0.00 | S/L | 5.00 | |
| 175 | | Software | 9/03/13 | 2,681.36 | 0.00 | | 0.00 | 2,532.40 | 74.48 | 2,606.88 | 74.48 | Amort | 3.00 | |
| 177 | | Software | 9/23/13 | 1,999.00 | 0.00 | | 0.00 | 1,887.94 | 55.53 | 1,943.47 | 55.53 | Amort | 3.00 | |
| 188 | | Cisco Catalyst Switch | 11/27/13 | 2,503.59 | 0.00 | | 0.00 | 1,293.53 | 41.73 | 1,335.26 | 1,168.33 | S/L | 5.00 | |
| 189 | | Servers | 11/29/13 | 2,127.06 | 0.00 | | 0.00 | 1,098.98 | 35.45 | 1,134.43 | 992.63 | S/L | 5.00 | |
| 190 | | Firewall | 11/29/13 | 5,609.20 | 0.00 | | 0.00 | 2,898.09 | 93.49 | 2,991.58 | 2,617.62 | S/L | 5.00 | |
| 195 | | Hardware-Amazon | 1/07/14 | 1,450.52 | 0.00 | | 0.00 | 725.25 | 24.17 | 749.42 | 701.10 | S/L | 5.00 | |
| 196 | | Hardware- CDW Direct | 1/09/14 | 3,307.86 | 0.00 | | 0.00 | 1,653.93 | 55.13 | 1,709.06 | 1,598.80 | S/L | 5.00 | |
| 197 | | Servers- Hardware | 1/10/14 | 15,475.80 | 0.00 | | 0.00 | 7,737.90 | 257.93 | 7,995.83 | 7,479.97 | S/L | 5.00 | |
| 198 | | Laptop | 1/29/14 | 2,049.00 | 0.00 | | 0.00 | 990.35 | 34.15 | 1,024.50 | 1,024.50 | S/L | 5.00 | |
| 199 | | Computer | 1/29/14 | 1,338.00 | 0.00 | | 0.00 | 646.70 | 22.30 | 669.00 | 669.00 | S/L | 5.00 | |
| 203 | | Computer Equipment- Misc | 2/26/14 | 5,294.03 | 0.00 | | 0.00 | 3,462.72 | 76.30 | 3,539.02 | 1,755.01 | 200DB | 5.0 | |
| 205 | | PCs- | 2/11/14 | 2,161.32 | 0.00 | | 0.00 | 1,403.92 | 31.56 | 1,435.48 | 725.84 | 200DB | 5.00 | |
| 209 | | Guitar& Tablets | 3/14/14 | 5,254.22 | 0.00 | | 0.00 | 2,451.96 | 87.57 | 2,539.53 | 2,714.69 | S/L | 5.00 | |
| 210 | | Tablets Returned | 4/11/14 | -2,082.26 | 0.00 | | 0.00 | -937.02 | -34.70 | -971.72 | -1,110.54 | S/L | 5.00 | |
| 211 | | Dell- PCs | 5/21/14 | 3,881.67 | 0.00 | | 0.00 | 1,617.36 | 64.69 | 1,682.05 | 2,199.62 | S/L | 5.00 | |
| 212 | | Dell Pcs- 5 | 5/22/14 | 4,095.00 | 0.00 | | 0.00 | 1,706.25 | 68.25 | 1,774.50 | 2,320.50 | S/L | 5.00 | |
| 213 | | VideoCards | 5/23/14 | 11,913.00 | 0.00 | | 0.00 | 4,963.75 | 198.55 | 5,162.30 | 6,750.70 | S/L | 5.00 | |
| 214 | | Dell Computers- 16 | 6/10/14 | 13,104.00 | 0.00 | | 0.00 | 5,460.00 | 218.40 | 5,678.40 | 7,425.60 | S/L | 5.00 | |
| 215 | | Hard Drives | 6/09/14 | 3,127.12 | 0.00 | | 0.00 | 1,302.96 | 52.12 | 1,355.08 | 1,772.04 | S/L | 5.00 | |
| 216 | | Software- Misc | 6/10/14 | 7,808.49 | 0.00 | | 0.00 | 5,422.57 | 216.90 | 5,639.47 | 2,169.02 | Amort | 3.00 | |
| 217 | | Computer Hardware | 8/01/14 | 29,052.98 | 0.00 | | 0.00 | 11,136.98 | 484.22 | 11,621.20 | 17,431.78 | S/L | 5.00 | |
| 218 | | Computer Software-Perforce | 9/08/14 | 7,200.00 | 0.00 | | 0.00 | 4,400.00 | 200.00 | 4,600.00 | 2,600.00 | Amort | 3.00 | |
| 219 | | Computer- Hardware | 9/09/14 | 8,686.99 | 0.00 | | 0.00 | 3,185.23 | 144.78 | 3,330.01 | 5,356.98 | S/L | 5.00 | |
| 220 | | Software-Misc | 9/15/14 | 7,734.54 | 0.00 | | 0.00 | 4,726.33 | 214.85 | 4,941.18 | 2,793.36 | S/L | 3.00 | |
| 221 | | Computer Hardware | 9/17/14 | 4,045.00 | 0.00 | | 0.00 | 1,415.75 | 67.42 | 1,483.17 | 2,561.83 | S/L | 5.00 | |
| 222 | | Computer Hardware | 10/15/14 | 3,360.31 | 0.00 | | 0.00 | 588.06 | 28.00 | 616.06 | 2,744.25 | S/L | 10.00 | |
| 223 | | Computer-Monitors | 12/01/14 | 1,599.96 | 0.00 | | 0.00 | 506.66 | 26.66 | 533.32 | 1,066.64 | S/L | 5.00 | |
| 224 | | CloudStep- Network Panels | 1/15/15 | 3,579.96 | 0.00 | | 0.00 | 1,073.99 | 59.66 | 1,133.65 | 2,446.31 | S/L | 5.00 | |
| 225 | | Computers - 4 | 6/15/15 | 4,311.64 | 0.00 | | 0.00 | 934.18 | 71.87 | 1,006.05 | 3,305.59 | S/L | 5.00 | |
| 226 | | Asus | 7/30/15 | 1,652.38 | 0.00 | | 0.00 | 302.94 | 27.54 | 330.48 | 1,321.90 | S/L | 5.00 | |
| 231 | | Perforce | 8/04/15 | 8,840.00 | 0.00 | | 0.00 | 2,701.11 | 245.56 | 2,946.67 | 5,893.33 | Amort | 3.00 | |
| 232 | | Computer | 4/03/15 | 4,514.80 | 0.00 | | 0.00 | 1,128.70 | 75.25 | 1,203.95 | 3,310.85 | S/L | 5.00 | |
| | | **Computer** | | 185,590.21 | 0.00 | c | 0.00 | 88,298.99 | 3,353.96 | 91,652.95 | 93,937.26 | | | 23,755.00 |
| **Type: Furniture & Fixtures** | | | | | | | | | | | | | | |
| 97 | | Custom Table Top | 8/11/11 | 3,729.50 | 0.00 | | 0.00 | 2,619.54 | 44.40 | 2,663.94 | 1,065.56 | S/L | 7.00 | |
| 105 | | 2 Black Cabinets | 2/07/12 | 495.63 | 0.00 | | 0.00 | 312.70 | 5.90 | 318.60 | 177.03 | S/L | 7.00 | |
| 110 | | Final Payment for Office Tables | 9/14/11 | 1,604.12 | 0.00 | | 0.00 | 1,107.61 | 19.10 | 1,126.71 | 477.41 | S/L | 7.00 | |
| 111 | | Installation of Table legs onto De | 9/14/11 | 200.00 | 0.00 | | 0.00 | 138.09 | 2.38 | 140.47 | 59.53 | S/L | 7.00 | |
| 184 | | Leasehold Improvements-Bouqu | 11/14/13 | 20,000.00 | 0.00 | | 0.00 | 10,666.67 | 333.33 | 11,000.00 | 9,000.00 | S/L | 5.00 | |
| 202 | | Office Furnitures- Misc | 2/28/14 | 71,696.60 | 0.00 | | 0.00 | 34,072.98 | 1,045.19 | 35,118.17 | 36,581.43 | 200DB | 7.0 | |
| 206 | | Office Furn- Returned | 3/01/14 | -9,311.06 | 0.00 | | 0.00 | -3,103.69 | -110.84 | -3,214.53 | -6,096.53 | S/L | 7.00 | |
| 228 | | Office Interiors | 12/31/14 | 4,779.36 | 0.00 | | 0.00 | 1,024.15 | 56.90 | 1,081.05 | 3,698.31 | S/L | 7.00 | |
| 229 | | Glass | 12/31/14 | 3,347.00 | 0.00 | | 0.00 | 717.21 | 39.85 | 757.06 | 2,589.94 | S/L | 7.00 | |
| 230 | | Total Office | 12/31/14 | -270.32 | 0.00 | | 0.00 | -57.93 | -3.22 | -61.15 | -209.17 | S/L | 7.00 | |
| | | **Furniture & Fixtures** | | 96,273.83 | 0.00 | c | 0.00 | 47,497.33 | 1,432.99 | 48,930.32 | 47,343.51 | | | 17,201.60 |
| **Type: Leasehold Improvements** | | | | | | | | | | | | | | |
| 191 | | Cables & Labor | 12/05/13 | 27,828.62 | 0.00 | | 0.00 | 14,378.11 | 463.81 | 14,841.92 | 12,986.70 | S/L | 5.00 | |
| 200 | | Leasehold Impro-Bouquet Const | 1/07/14 | 22,500.00 | 0.00 | | 0.00 | 11,250.00 | 375.00 | 11,625.00 | 10,875.00 | S/L | 5.00 | |
| 201 | | Leasehold Improv-Bouquet Cons | 1/24/14 | 29,093.82 | 0.00 | | 0.00 | 14,062.01 | 484.90 | 14,546.91 | 14,546.91 | S/L | 5.00 | |
| 204 | | Leasehold Improv-Misc | 2/23/14 | 44,930.09 | 0.00 | | 0.00 | 20,967.38 | 748.84 | 21,716.22 | 23,213.87 | S/L | 5.00 | |
| 208 | | Leasehold Impr- March | 3/20/14 | 39,943.98 | 0.00 | | 0.00 | 14,181.28 | 665.73 | 14,847.01 | 25,096.97 | S/L | 5.00 | |
| 227 | | Leasehold Improvements | 12/31/14 | 12,024.43 | 0.00 | | 0.00 | 3,607.33 | 200.41 | 3,807.74 | 8,216.69 | S/L | 5.00 | |
| | | **Leasehold Improvements** | | 176,320.94 | 0.00 | c | 0.00 | 78,446.11 | 2,938.69 | 81,384.80 | 94,936.14 | | | 0 |
| | | **Grand Total** | | 458,184.98 | 0.00 | c | 0.00 | 214,242.43 | 7,725.64 | 221,968.07 | 236,216.91 | | | 40,956.60 |

**Fill in this information to identify the case:**

Debtor name    **FireForge, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:16-bk-13001**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **MV Plaza, Inc.**<br>Creditor's Name<br><br>**c/o Olen Commercial Realty Corp.**<br>**Attn: Traci Zauner**<br>**Seven Corporate Plaza**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br>**daustin@olenproperties.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/18/2016**<br>**Last 4 digits of account number**<br>**1250**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Rent for Empty Suite 230**<br><br>**Security Deposit for Office Building Lease**<br>**27261 Las Ramblas, Suite 250**<br>**Mission Viejo, CA 92691**<br><br>Describe the lien<br>**Lease Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,459.00 | $18,019.06 |
| **2.2** **MV Plaza, Inc.**<br>Creditor's Name<br><br>**c/o Olen Commercial Realty Corp.**<br>**Attn: Traci Zauner**<br>**Seven Corporate Plaza**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/1/2016**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**July 2016 Rent and Late Fees for Suite 250**<br><br>**Security Deposit for Office Building Lease**<br>**27261 Las Ramblas, Suite 250**<br>**Mission Viejo, CA 92691**<br><br>Describe the lien<br>**Lease Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $10,137.73 | $18,019.06 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | FireForge, Inc. | | Case number (if know) | **8:16-bk-13001** |
|---|---|---|---|---|
| | Name | | | |

**1250**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **THL A10 Limited** | Describe debtor's property that is subject to a lien | $11,346,301.35 | $11,221,527.64 |
|---|---|---|---|---|

| Creditor's Name | |
|---|---|
| **Attn: Corporate Counsel Level 29, Three Pacific Place 1 Queen's Road East, Hong Kong, CN CHINA** | **Substantially all assets of the Debtor. UCC1 attached as Exhibit "B" to Schedule D. Claim Amount includes accured interest.** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **UCC Lien (Del. SOS 2014-3518859)** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☐ No |
| | ■ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **August 31, 2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$11,361,898. 08** |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Tencent Holdings Limited Tencent Building, Keji Zhongyi Aven Hi-Tech Park, Nanshan District Shenzhen 518057, PRC CHINA** | Line **2.3** | |

# EXHIBIT B

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Holly Magno (415) 875-2408

**B. E-MAIL CONTACT AT FILER** (optional)
hmagno@fenwick.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

11 Centerville Road
Suite 400
Wilmington, DE 19808

*DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 02:30 PM 09/03/2014
INITIAL FILING # 2014 3518859*

*SRV: 141136803*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FireForge, Inc. | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8105 Irvine Center Drive, Suite 200 | Irvine | CA | 926189 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THL A10 Limited | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Level 29, Three Pacific Place, 1 Queen's Road East | Hong Kong | | | PRC |

4. **COLLATERAL:** This financing statement covers the following collateral:

A security interest in the following properties, assets and rights of Debtor, wherever located, whether now owned or hereafter acquired or arising, and in all proceeds and products thereof (all of the same being the "Collateral"): (a) all Accounts; (b) all Chattel Paper; (c) all Commercial Tort Claims; (d) all Deposit Accounts; (e) all Documents; (f) all Equipment; (g) all General Intangibles; (h) all Instruments; (i) all Inventory; (j) all Investment Property; (k) all Letters of Credit and Letter-of-Credit Rights; (l) all Money; and (m) all other Goods not otherwise included in any of clauses (a) – (l) above and (n) all Supporting Obligations. Notwithstanding the grant of the security interest set forth above, the Collateral shall not include more than 65% of the presently existing and hereafter arising issued and outstanding shares of capital stock owned by Debtor of any Foreign Subsidiary which shares entitle the holder thereof to vote for directors or any other matter.

| 5. Check only if applicable and check only one box: Collateral is | ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | | |

8. OPTIONAL FILER REFERENCE DATA:
**To be filed with the Delaware Secretary of State (29934-00013)**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Holly Magno (415) 875-2408

**B. E-MAIL CONTACT AT FILER (optional)**
hmagno@fenwick.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CSC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:05 PM 09/04/2014
INITIAL FILING # 2014 3518859
AMENDMENT      # 2014 3544236
SRV: 141143426

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2014 3518859 (Filed 9/3/14)

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     **AND** Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b; and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | |
|---|---|
| **6a. ORGANIZATION'S NAME** | FireForge, Inc. |

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
FireForge, Inc.

OR

**7b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 27261 Las Ramblas, Suite 200 | Mission Viejo | CA | 92691 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**
THL A10 Limited

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
To be filed with the Delaware Secretary of State (29934-00013)

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**Fill in this information to identify the case:**

Debtor name   **FireForge, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:16-bk-13001**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**County of Orange**<br>**Attn: Treasurer-Tax Collector**<br>**P.O. Box 1438**<br>**Santa Ana, CA 92702-1438** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,200.32** | **$3,200.32** |
| | Date or dates debt was incurred | Basis for the claim:<br>**2016 Tax Year; Assessment No. 047793** | | |
| | Last 4 digits of account number **4923**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Franchise Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     32168     Best Case Bankruptcy

| Debtor | **FireForge, Inc.** | | Case number (if known) | **8:16-bk-13001** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,843.86** | **$2,843.86** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.00** | **$600.00** |
|---|---|---|---|---|

**State of Delaware**
**Division of Corporations**
**John G. Townsend Building**
**401 Federal Street, Ste. 4**
**Dover, DE 19901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Franchise Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$112,500.00** | **$12,850.00** |
|---|---|---|---|---|

**Timothy Campbell**
**15 Chantilly Lane**
**Ladera Ranch, CA 92694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**9/15/2015-7/15/2016**

Basis for the claim:
**Partial Reduced Salary Payments from**
**9/15/2015-7/15/2016. No Payments from**
**5/31/2016-7/15/2016.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,256.98** |
|---|---|---|---|

**ABD Insurance & Financial Services**
**3 Waters Park Drive**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **7/3/2016**

Last 4 digits of account number   **3020**

Basis for the claim:  **Insurance & Financial Services**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **FireForge, Inc.** | | Case number (if known) | **8:16-bk-13001** |
|--------|------|--|--|--|
| | Name | | | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.46 |
|--|--|--|--|

**ADP, LLC**
**1851 N Resler Drive, MS-600**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3418

Basis for the claim:  **Payroll Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,806.50 |
|--|--|--|--|

**Alvarado Smith**
**1 MacArthur Place, Suite 200**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,913.74 |
|--|--|--|--|

**Colorescience, Inc.**
**Attn: David Crist**
**2141 Palomar Airport Road, Ste. 200**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.40 |
|--|--|--|--|

**Corporate Service Company**
**P.O. Box 13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2015

Last 4 digits of account number  4367

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,687.50 |
|--|--|--|--|

**Discovery Economics Inc.**
**350 S. Grand Avenue, Suite 2200**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,407.05 |
|--|--|--|--|

**Jon Gherardini**
**27 Leicester Way**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|--|--|--|--|

**Law Office of Jason Zedeck**
**P.O. Box 35210**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2016 - 2/29/2016

Last 4 digits of account number  9127

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FireForge, Inc.** | Case number (if known) | **8:16-bk-13001** |
|---|---|---|---|
| | Name | | |

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
**P.O. Box 85834**
**San Diego, CA 92186**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Insurance Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,286.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**McCarter & English, LLP**
**265 Franklin Street**
**Boston, MA 02110-3113**

Date(s) debt was incurred  **12/31/2014**

Last 4 digits of account number  **6953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,445.50**

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Min Productions Pte. Ltd.**
**Tras Street 171**
**07 Singapore**
**SINGAPORE**

Date(s) debt was incurred  **June 18, 2014**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Min Productions Pte. Ltd v. FireForge, Inc., et al.**
**U.S. District Court, Central District of California,**
**Case No. SA CV14 00941-MMM (RZx)**

Is the claim subject to offset? ☐ No ☑ Yes

**Unknown**

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Motion Media, LLC**
**Attn: Brian Gorne**
**709 N. Douglas Street**
**El Segundo, CA 90245**

Date(s) debt was incurred  **1/21/2016; 2/10/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**
**Invoice Nos. MM1100500 and MM1100607**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,066.75**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Perforce**
**P.O. Box 742263**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$8,840.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Premium Assignment**
**3522 Thomasville Rd., Ste 400**
**Tallahassee, FL 32309**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$610.21**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Raines Feldman LLP**
**Attn: Robert Pardo**
**9720 Wilshire Blvd., 5th Floor**
**Beverly Hills, CA 90212**

Date(s) debt was incurred  **February 18, 2016**

Last 4 digits of account number  **3001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$418,917.28**

---

| Debtor | **FireForge, Inc.** | | Case number (if known) | **8:16-bk-13001** |
|---|---|---|---|---|
| | Name | | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard J. Land, Receiver**
**Chace Ruttenberg & Freedman, LLP**
**One Park Row, Suite 300**
**Providence, RI 02903**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 28, 2014**

Last 4 digits of account number  **_**

Basis for the claim:  **Land v. FireForge, Inc., et al.**
**Superior Court of Rhode Island, Providence County**
**Case No. 2014-4300**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**SGK Service Inc.**
**3494 Camino Tassajara, #403**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/7/2016**

Last 4 digits of account number  **4391**

Basis for the claim:  **Trade Debt (Kitchen)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,765.81** |
|---|---|---|---|

**White and Williams LLP**
**Attn: James F. Coffey**
**101 Arch Street, Suite 1930**
**Boston, MA 02110-1103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/29/2016-3/31/2016**

Last 4 digits of account number  **0001**

Basis for the claim:  **Legal Fees**
**Invoice No. 584668**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABD Insurance & Financial Services**<br>**450 Sansome St., Ste. 300**<br>**San Francisco, CA 94111-3311** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Corporate Service Company**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | Line  **3.5**<br>☐ Not listed. Explain ____ | **4367** |
| 4.3 | **Gerard P. Fox, Esq.**<br>**Law Offices of Gerard Fox, Inc.**<br>**1880 Century Park East, Suite 815**<br>**Los Angeles, CA 90067** | Line  **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **IPFS Corporation**<br>**P.O. Box 412086**<br>**Kansas City, MO 64141-2086** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **McCarter & English, LLP**<br>**100 Mulberry St.**<br>**Newark, NJ 07102** | Line  **3.10**<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **FireForge, Inc.** | Case number (if known) | **8:16-bk-13001** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **Robert D. Fine, Esq.**<br>**Chace Ruttenberg & Freedman, LLP**<br>**One Park Row, Suite 300**<br>**Providence, RI 02903** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **State of Delaware**<br>**Division of Corporations**<br>**P.O. Box 5509**<br>**Binghamton, NY 13902-5509** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **White and Williams LLP**<br>**1650 Market Street**<br>**One Liberty Place, Ste. 1800**<br>**Philadelphia, PA 19103** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 119,944.18 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 594,959.18 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 714,903.36 |

**Fill in this information to identify the case:**

Debtor name        **FireForge, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:16-bk-13001**

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Sublease with Colorescience, Inc. and Debtor for property located at 27261 Las Ramblas, Suite 200, Mission Viejo, California for three (3) years and three (3) months beginning on September 1, 2013 and ending on November 30, 2016. Monthly installments of base rent $9,856.60.** | |
| State the term remaining | **5 Months** | **Colorescience, Inc. Attn: David Crist 2141 Palomar Airport Road, Ste. 200 Carlsbad, CA 92011** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Three (3) year Service Agreement with Debtor and Cox Communications Californa, LLC for internet services executed February 25, 2014.** | |
| State the term remaining | **8 Months** | **Cox Communications P.O. Box 53280 Phoenix, AZ 85072-3280** |
| List the contract number of any government contract | | |

| Debtor 1 | **FireForge, Inc.** | | | Case number *(if known)* | **8:16-bk-13001** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated July 14, 2016 between Debtor and Frank Hsu ("Contractor") to retain Contractor as Manager through August 15, 2016 to assist counsel and the Trustee.** | |
| --- | --- | --- | --- |
| | State the term remaining | **1 Month** | |
| | List the contract number of any government contract | | **Frank Hsu<br>17750 Sacuillo St.<br>Fountain Valley, CA 92708** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated July 14, 2016 between Debtor and Michael Love ("Contractor") to retain Contractor as Network Administrator through August 15, 2016 to assist counsel and the Trustee.** | |
| --- | --- | --- | --- |
| | State the term remaining | **1 Month** | |
| | List the contract number of any government contract | | **Michael Love<br>1259 N Minot Street<br>Anaheim, CA 92801** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office building lease for 27261 Las Ramblas, Suites 200, 220, 230, and 250, Mission Viejo, California dated August 21, 2013. Lease commenced October 1, 2013 and is to expire on November 30, 2016. Monthly installments of base rent $8,245.00. Lease HO6354-MVP261-250.** | |
| --- | --- | --- | --- |
| | State the term remaining | **4 years, 8 months** | |
| | List the contract number of any government contract | | **MV Plaza, Inc.<br>Olen Commercial Realty Corp.<br>Attn: Traci Zauner<br>Seven Corporate Plaza<br>Newport Beach, CA 92660** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Three (3) year Commercial Sales Agreement with Debtor and Tyco Integrated Security dated December 12, 2013.** | |
| --- | --- | --- | --- |
| | State the term remaining | **6 Months** | **Tyco Integrated Security LLC<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **FireForge, Inc.** | | Case number (*if known*) | **8:16-bk-13001** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract        _____

**Fill in this information to identify the case:**

Debtor name  **FireForge, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:16-bk-13001**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Derek Dupras** | **208 Wichita Ave, Apt #2 Huntington Beach, CA 92648 Claim is Disputed, Contingent, and Unliquidated** | **Richard J. Land, Receiver** | ☐ D _____ ■ E/F _**3.16**_ ☐ G _____ |
| 2.2 **FirePub, Inc.** | **27261 Las Ramblas, Suite 200 Mission Viejo, CA 92691 Claim is Disputed, Contingent, and Unliquidated** | **Richard J. Land, Receiver** | ☐ D _____ ■ E/F _**3.16**_ ☐ G _____ |
| 2.3 **Jon Gherardini** | **27 Leicester Way Pawtucket, RI 02860 Claim is Disputed, Contingent, and Unliquidated** | **Richard J. Land, Receiver** | ☐ D _____ ■ E/F _**3.16**_ ☐ G _____ |
| 2.4 **Jon M. Charette** | **46 Robert Hill Drive North Attleboro, MA 02760 Claim is Disputed, Contingent, and Unliquidated** | **Richard J. Land, Receiver** | ☐ D _____ ■ E/F _**3.16**_ ☐ G _____ |

| Debtor | **FireForge, Inc.** | Case number *(if known)* | **8:16-bk-13001** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | | |
|---|---|---|---|---|---|
| 2.5 | Joshua Galvin | 28 Bayley St., Apt. 107<br>Pawtucket, RI 02860<br>**Claim is Disputed, Contingent, and Unliquidated** | Richard J. Land,<br>Receiver | ☐ D _____<br>■ E/F _3.16_<br>☐ G _____ | |
| 2.6 | Paul Freeman | 164 W. Acton Road<br>Stow, MA 01775<br>**Claim is Disputed, Contingent, and Unliquidated** | Richard J. Land,<br>Receiver | ☐ D _____<br>■ E/F _3.16_<br>☐ G _____ | |
| 2.7 | Timothy Campbell | 15 Chantilly Lane<br>Ladera Ranch, CA 92694<br>**Claim is Disputed, Contingent, and Unliquidated** | Min Productions Pte.<br>Ltd. | ☐ D _____<br>■ E/F _3.11_<br>☐ G _____ | |
| 2.8 | William Mrochek | 200 Legion Way<br>Cranston, RI 02910<br>**Claim is Disputed, Contingent, and Unliquidated** | Richard J. Land,<br>Receiver | ☐ D _____<br>■ E/F _3.16_<br>☐ G _____ | |

**Fill in this information to identify the case:**

Debtor name   **FireForge, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:16-bk-13001**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,536,900.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,543,600.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$2,806,378.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

| Debtor | FireForge, Inc. | | Case number *(if known)* | **8:16-bk-13001** |
| --- | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **Anthem Blue Cross and Blue Shield**<br>P.O. Box 430<br>North Haven, CT 06473 | 5/19/2016;<br>6/9/2016;<br>7/6/2016 | $19,307.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. **Barrington Legal**<br>11601 Wilshire Boulevard 500<br>Los Angeles, CA 90025 | 5/19/2016 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. **Lake, Du & Associates**<br>444 W Ocean Blvd., Ste 800<br>Long Beach, CA 90802 | 5/19/2016<br>($3,093.06);<br>6/10/2016<br>($3,000.00);<br>7/14/2016<br>($3,000.00);<br>7/15/2016<br>($3,000.00). | $12,093.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **Colorescience, Inc.**<br>Attn: David Crist<br>2141 Palomar Airport Road, Ste. 200<br>Carlsbad, CA 92011 | 5/25/2016 | $10,456.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **MV Plaza Inc.**<br>c/o Olen Commercial Realty<br>Seven Corporate Plaza<br>Newport Beach, CA 92660 | 5/25/2016<br>($9,621.83);<br>6/20/2016<br>($10,683.63)<br>for Suite 250. | $20,305.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **MV Plaza Inc.**<br>c/o Olen Commercial Realty<br>Seven Corporate Plaza<br>Newport Beach, CA 92660 | 5/25/2016<br>($11,133.90);<br>6/20/2016<br>($5,000.00);<br>6/20/2016<br>($1,849.61)<br>for Suite 230. | $17,983.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

| Debtor | **FireForge, Inc.** | | | Case number *(if known)* | **8:16-bk-13001** |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Frank Hsu**<br>**17750 Sacuillo St.**<br>**Fountain Valley, CA 92708**<br>**Shareholder; Employee; Contracted Manager** | **08/11/2015 ($3,094.17); 10/06/2015 ($1,353.32); 10/26/2015 ($859.06); 12/24/2015 ($569.07); 12/24/2015 ($781.21); 12/24/2015 ($847.09); 02/08/2016 ($331.00); 02/08/2016 ($434.88); 02/08/2016 ($5,083.00); 02/08/2016 ($2,711.97); 03/04/2016 ($87.38); 03/15/2016 ($638.04); 03/22/2016 ($334.07); 04/04/2016 ($361.88); 05/19/2016 ($93.06); 07/15/2016 ($8,333.34).** | **$25,912.54** | **Employee reimbursements and payment for services as an independent contractor.** |
| 4.2. **Scott Whittington**<br>**2226 Archway**<br>**Irvine, CA 92618**<br>**Shareholder; Former Employee** | **2/2/2016** | **$25,000.00** | **Repayment of advance** |
| 4.3. **Phil Stalker**<br>**2384 Back Nine Street**<br>**Oceanside, CA 92056-1701**<br>**Shareholder** | **2/4/2016** | **$45,000.00** | **Repayment of advance** |
| 4.4. **Derek Dupras**<br>**208 Wichita Ave., #2**<br>**Huntington Beach, CA 92648**<br>**Shareholder** | **11/27/2015** | **$8,040.07** | **Final Paycheck +PTO** |

| Debtor | **FireForge, Inc.** | | Case number *(if known)* | **8:16-bk-13001** |
|---|---|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **FirePub, Inc.** **27261 Las Ramblas, Suite 200** **Mission Viejo, CA 92691** **Subsidiary** | **7/24/2015 ($78,000.00); 8/13/2015 ($77,000.00); 8/25/2015 ($87,500.00); 9/14/2015 ($59,000.00); 9/29/2015 ($35,500.00); 10/13/2015 ($44,000.00); 10/29/2015 ($29,000.00); 11/12/2015 ($16,000.00).** | **$426,000.00** | **Investments** |
| 4.6. **FireForge PTE** **27261 Las Ramblas, Suite 200** **Mission Viejo, CA 92691** **Subsidiary** | **8/4/2015 ($16,000.00); 12/24/2015 ($10,000.00).** | **$26,000.00** | **Investments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **FireForge, Inc.**                                                                    Case number *(if known)*  **8:16-bk-13001**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Richard J. Land, in his capacity as Receiver of each of 38 Studios, LLC, 38 Studios Baltimore, LLC, Mercury Project, LLC, and Precision Jobs, LLC v. FireForge, Inc., FirePub, Inc., William Mrochek, Derek Dupras, Paul Freeman, Jon Gherardini, Joshua Galvin, and Jon M. Charette.**<br>**C.A. No. PB2014-4300** | **Breach of Contract, Conversion, Violation of Uniform Trade Secrets Act, Unfair Competition, Computer Theft, Unlawful Appropriation, Tortious Interference with Contractual Relations, Civil Conspiracy.** | **State of Rhode Island, Providence County Superior Court Licht Judicial Complex 250 Benefit Street Providence, RI 02903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **MIN Productions Pte. Ltd. vs. FireForge, Inc., Timothy Campbell, and Does 1 through 10.**<br>**Case No. 14-CV-00941 –MMM-(RZx)** | **Complaint filed 6/18/2014 for: (1) Breach of Contract; (2) Breach of Covenant of Good Faith and Fiar Dealing; (3) Conversion; (4) Unjust Enrichment; (5) Fraud; (6) Violations of Cal., Bus. & Prof. Code §17200 et seq.; (7) Declaratory Relief. Counter-Claim filed 7/9/2015.** | **United States District Court Central District of California Southern Division - Santa Ana 312 N. Spring Street, Room G-8 Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<div style="background:black;color:white">Part 4:</div>   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<div style="background:black;color:white">Part 5:</div>   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **FireForge, Inc.** | Case number *(if known)* | **8:16-bk-13001** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Macdonald Fernandez LLP**<br>**221 Sansome Street, Third Floor**<br>**San Francisco, CA 94104** | **Wire Transfer** | **3/4/2016** | **$40,000.00** |
| | Email or website address<br>**www.macfern.com** | | | |
| | Who made the payment, if not debtor?<br>**FireForge, Inc.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Miscellaneous CraigsList Members** | **Miscellaneous Property Sold. See attached Exhibit "1" to Statement of Financial Affairs for further details.** | **7/1/2016 - 7/10/2016** | **$5,800.00** |
| | Relationship to debtor<br>**N/A** | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **FireForge, Inc.** | Case number *(if known)* | **8:16-bk-13001** |

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. | **8105 Irvine Center Drive, Suite 200<br>Irvine, CA 92618-3096** | **April 2011 - February 2014** |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **FireForge Inc 401K Profit Sharing Plan and Trust** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Debtor   **FireForge, Inc.**                                            Case number *(if known)*   **8:16-bk-13001**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Union Bank**<br>**PO Box 513840**<br>**Los Angeles, CA 90051-3840** | **XXXX-3728** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 5/12/2016** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FireForge 401(k)**<br>**Profit Sharing Plan & Trust** | | **FireForge 401(k) Profit Sharing Plan and Trust Plan No. 001, Plan ID: 678388 Number of Participants: 17 Effective Date of Plan: January 1, 2011 Period: January 1, 2015 - December 31, 2015 Value as of Plan as of December 31, 2015** | **$416,601.00** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **FireForge, Inc.** | Case number *(if known)*  **8:16-bk-13001** |
|---|---|---|

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **FireForge PTE 71 Ayer Rajah Crescent Singapore 139951 SINGAPORE** | **Video Game Design** | EIN:    **N/A** From-To   **-2016** |
| 25.2. | **FH02 Limited 18 South Street London, W1K 1DE UNITED KINGDOM** | **Video Game Design** | EIN:    **N/A** From-To   **-2016** |
| 25.3. | **FirePub, Inc. 27261 Las Ramblas, Suite 200 Mission Viejo, CA 92691** | **Video Game Design** | EIN:    **46-0586658** From-To   **2012-2016** |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Debtor | FireForge, Inc. | Case number (if known) | 8:16-bk-13001 |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lake, Du & Associates**<br>**Attn: Christopher Du, CPA**<br>**444 W Ocean Blvd., Ste 800**<br>**Long Beach, CA 90802** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Citizens Bank, N.A.**<br>**c/o Grace M. Loras, Keeper of Records**<br>**One Citizens Drive**<br>**ROP 210**<br>**Riverside, RI 02915** | **Citizens Bank, N.A. was required to comply with a subpoena issued by MIN Productions PTE Ltd. in MIN Productions Pte. Ltd. vs. FireForge, Inc. (Case No. 14-CV-00941 -MMM-(RZx).** |
| 26c.2. **Lake, Du & Associates**<br>**Attn: Christopher Du, CPA**<br>**6080 Center Drive, Suite 600**<br>**Los Angeles, CA 90045** | |
| 26c.3. **Timothy Campbell** | |
| 26c.4. **Frank Hsu** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Blue Heron Ventures, Inc.** | **1875 Century Park East, Ste. 2060**<br>**Los Angeles, CA 90067** | **60,000 Shares-Series A Preferred** | **2.50%** |

Debtor   **FireForge, Inc.**                                                    Case number *(if known)*  **8:16-bk-13001**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bo Wang** | **c/o Tencent Holdings Ltd.**<br>**Keji Zhongyi Aven, High-Tech Park**<br>**Nanshan District, Shenzhen 518057,**<br>**PRC**<br>**CHINA** | **Director** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Karkenny** | **732 The Strand**<br>**Hermosa Beach, CA 90254** | **50,000 Shares-Series A Preferred**<br>**50,000 Shares-Common Stock Options** | **0.50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christophe & Laetitia Chaix** | **House 2, Royal Bay**<br>**82 Chung Hom Kok Road**<br>**Hong Kong**<br>**CHINA** | **25,000 Shares-Series A Preferred** | **0.12%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Shi** | **2650 California St., Apt. 86**<br>**Mountain View, CA 94040** | **50,000 Shares-Common Stock Options** | **0.25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derek Dupras** | **208 Wichita Ave, Apt #2**<br>**Huntington Beach, CA 92648** | **400,000 Shares-Common Stock** | **2.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Devin Winterbottom** | **691 St. Anns Drive**<br>**Laguna Beach, CA 92651** | **400,000 Shares-Common Stock** | **2.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Frank Hsu** | **17750 Sacuillo St.**<br>**Fountain Valley, CA 92708** | **Director of Facilities**<br>**35,289 Shares-Series A Preferred** | **0.18%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Grind Games, Inc.** | **9595 Wilshire Blvd., PH 1001**<br>**Beverly Hills, CA 90210** | **40,000 Shares-Series A Preferred**<br>**75,000 Shares-Common Stock Options** | **0.57%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harolyn Glicker Trust** | **10743 Northgreen Drive**<br>**Lake Worth, FL 33449** | **125,692 Shares-Series A Preferred** | **0.63%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harvey Glicker Trust** | **10743 Northgreen Drive**<br>**Lake Worth, FL 33449** | **75,577 Shares-Series A Preferred** | **0.38%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Lin** | **22176 Tama Drive**<br>**Lake Forest, CA 92630** | **100,000 Shares-Common Stock Options** | **0.50%** |

Debtor   **FireForge, Inc.**                                                     Case number *(if known)*   **8:16-bk-13001**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jay Hathaway** | **9225 La Barca Circle Fountain Valley, CA 92708** | **25,178 Shares-Series A Preferred** | **0.13%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Larrimer** | **2186 East Broad Street Columbus, OH 43209** | **38,188 Shares-Series A Preferred** | **0.19%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Staats** | **517 Jasmin Ave. Corona Del Mar, CA 92625** | **Director 1,391,047 Shares-Series A Preferred 50,000 Shares-Common Stock Options** | **7.19%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joshua Doolittle** | **704 Loma Prieta Drive Aptos, CA 95003** | **20,109 Shares-Series A Preferred** | **0.10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ker Ventures, LLC** | **40 East 78th Street, Apt. 15F New York, NY 10075** | **150,000 Shares-Series A Preferred 150,000 Shares-Common Stock Options** | **0.57%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Beardslee** | **4 Cleome Street Ladera Ranch, CA 92694** | **1,110,479 Shares-Common Stock** | **5.54%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Phil Stalker** | **2384 Back Nine Street Oceanside, CA 92056-1701** | **101,038 Shares-Series A Preferred** | **0.50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roark Capital LTD** | **P.O. Box 957 Offshore Corporations Center Road Town, Tortola BRITISH VIRGIN ISLANDS** | **809,281 Shares-Common Stock** | **4.04%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **QED Associates** | **171 Pier Avenue #167 Santa Monica, CA 90405** | **25,000 Shares-Series A Preferred** | **0.12%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sam Winterbottom** | **66 Old Fuller Mill Rd. Marietta, GA 30067** | **50,412 Shares-Series A Preferred** | **0.25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Whittington** | **2226 Archway Irvine, CA 92618** | **10,078 Shares-Series A Preferred** | **0.05%** |

Debtor    **FireForge, Inc.**                                                          Case number *(if known)* **8:16-bk-13001**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Shawn Carnes** | **202 Royalty Rd.**<br>**Charlottetown, PE**<br>**C1E 3E2**<br>**CANADA** | **5,027 Shares-Series A Preferred** | **0.03%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **SLP Ventures II, LLC** | **4166 Woodleigh Lane**<br>**La Canada Flintridge, CA 91011** | **50,000 Shares-Series A Preferred** | **0.25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Stephen Glicker** | **16 Continental Road**<br>**Scarsdale, NY 10583** | **125,863 Shares-Series A Preferred** | **0.63%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **THL A10 Limited** | **Attn: Corporate Counsel**<br>**Level 29, Three Pacific Place**<br>**1 Queen's Road East, Hong Kong**<br>**CHINA** | **7,500,000 Shares-Series B Preferred** | **37.41%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Timothy Campbell** | **15 Chantilly Lane**<br>**Ladera Ranch, CA 92694** | **Chief Executive Officer; Director**<br>**5,373,044 Shares-Common** | **26.80%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Yik Lin Khoo** | **1 Limbok Terrace**<br>**Parry Green**<br>**Singapore (545167)**<br>**REPUBLIC OF SINGAPORE** | **50,000 Shares-Common Stock**<br>**200,000 Shares-Common Stock Options** | **1.25%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Frederic Chesnais** | **40 East 78th Street, Apt. 15F**<br>**New York, NY 10075** | **Board of Directors** | **- January 12, 2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| Debtor | **FireForge, Inc.** | | Case number *(if known)* **8:16-bk-13001** | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kevin Beardslee**<br>**4 Cleome Street**<br>**Ladera Ranch, CA 92694** | **$164,043.38** | **Various** | **Payroll** |
| | Relationship to debtor<br>**Shareholder and Former**<br>**Employee** | | | |
| 30.2. | **Timothy Campbell**<br>**15 Chantilly Lane**<br>**Ladera Ranch, CA 92694** | **$207,692.31** | **Various** | **Payroll** |
| | Relationship to debtor<br>**Shareholder and Officer** | | | |
| 30.3. | **Frank Hsu**<br>**17750 Sacuillo St.**<br>**Fountain Valley, CA 92708** | **$83,593.81** | **Various** | **Payroll** |
| | Relationship to debtor<br>**Shareholder and Former**<br>**Employee** | | | |
| 30.4. | **Devin Winterbottom**<br>**691 St. Anns Drive**<br>**Laguna Beach, CA 92651** | **$32,235.07** | **Various** | **Payroll** |
| | Relationship to debtor<br>**Shareholder and Former**<br>**Employee** | | | |
| 30.5. | **Scott Whittington**<br>**2226 Archway**<br>**Irvine, CA 92618** | **$54,273.49** | **Various** | **Payroll** |
| | Relationship to debtor<br>**Shareholder and Former**<br>**Employee** | | | |
| 30.6. | **John Staats**<br>**517 Jasmine Avenue**<br>**Corona Del Mar, CA 92625** | **$25,000.44** | **Various** | **Payroll** |
| | Relationship to debtor<br>**Shareholder and Former**<br>**Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **FirePub, Inc. (subsidiary)** | EIN:    **46-0586658** |

Debtor   **FireForge, Inc.**                                                    Case number *(if known)*   **8:16-bk-13001**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2016**

**/s/ Timothy Campbell**                                    **Timothy Campbell**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT 1

## to Statement of Financial Affairs

| Liquidation Sale Tracker | | |
|---|---|---|
| 07/01/16 | Private (Craigs List - Lou)<br>- 2 IKEA Expedite 2x4 bookcases ($15 each) | $ 30 |
| 07/02/16 | Private (Jenn)<br>- 3 IKEA Expedite 2x4 bookcases ($15 each) | $ 45 |
| 07/05/16 | Private (Craigs List - Eric)<br>- 2 IKEA Expedite 5x5 bookcases ($30 each)<br>- 2 IKEA Expedite 2x4 bookcases ($15 each) | $ 90 |
| 07/05/16 | Private (CraigsList - Henry)<br>- 7 IKEA Billy bookcases ($15 each) | $ 105 |
| 07/05/16 | Private (CraigsList - Dale)<br>- 2 IKEA Expedite 2x4 bookcases ($15 each) | $ 30 |
| 07/05/16 | Private (CraigsList - Mike)<br>- 1 IKEA Expedite 5x5 bookcases ($30 each)<br>- 2 IKEA Expedite 2x4 bookcases ($15 each) | $ 60 |
| 07/06/16 | Private (Craigs List - Jay)<br>- 3 IKEA Expedite 4x4 bookcases ($10 each - more scratches) | $ 30 |
| 07/06/16 | Private (Craigs List - Jeff)<br>- 2 IKEA Expedite 4x4 bookcases ($25 each)<br>- 1 IKEA Expedite 5x5 bookcases ($30 each)<br>- 4 task chairs ($20 each) | $ 160 |
| 07/06/16 | Private (Richard)<br>- 2 small end tables ($20 each) | $ 40 |
| 07/07/16 | Private (Jean)<br>- 1 IKEA Besta TV Console ($20 each)<br>- 2 IKEA Besta Shelf Unit ($10 each) | $ 40 |
| 07/07/16 | Private (Mike)<br>- 2 World Market Double Shutter Doors Holbrook ($100 each) | $ 200 |
| 07/07/16 | Private (CraigsList - Mark)<br>- 1 World Market Wood and Metal Aiden Coffee Table ($50)<br>- 2 World Market Wood and Metal Aiden Étagère ($50 each)<br>- 1 World Market 3-Shelf Wooden Gavin Rolling Cart ($30)<br>- 1 World Market 3-Shelf Jayden Metal Shelf Unit ($30)<br>- 2 World Market Double Shutter Doors Holbrook ($100 each)<br>- 1 World Market Round Weathered Gray Wood Coffee Table ($60)<br>- 2 World Market Coffee Victoria Velvet Tufted High-Back Chair ($100 each)<br>- 1 TV - Samsung 55" HDTV ($200)<br>- 1 World Market Hudon Pub Table ($50)<br>- 4 World Market Hudon Pub Chairs ($30 each)<br>- 2 World Market Bryant Mobile Kitchen Cart ($100) | $ 1,180 |
| 07/08/16 | Private (Craigslist - Mark)<br>- TV - Samsung 60" HDTV ($250) | $ 250 |
| 07/08/16 | Private (CraigsList - Benjamin)<br>- 10 Task Chairs ($20 each) | $ 200 |

| Date | Description | | Amount |
|---|---|---|---|
| 07/08/16 | Private (CraigsList - Mike)<br>- 1 Fridge w/ Water ($500)<br>- 1 Fridge w/o Water ($400)<br>- 1 70" Sony HDTV ($500)<br>- 2 IKEA Nockeby Sofa ($25 each)<br>- 1 IKEA Expedite Bookcase - 4x4 ($10 each)<br>- 1 Fan ($10 each) | $ | 1,470 |
| 07/08/16 | Private (CraigsList - Steve)<br>- Living Spaces - Alenya Charcoal Queen Sofa Sleeper (3-piece set) - $250<br>- World Market Farmhouse Barn Wood and Metal Storage - $350<br>- Samsung 60" HDTV - $220<br>- 1 Fan - $10 | $ | 830 |
| 07/08/16 | Private (CraigsList - Chris)<br>- 1 70" TV ($500) | $ | 500 |
| 07/09/16 | Private (CraigsList - Chelsea)<br>- 1 Living Spaces - Tahoe Dinning Table ($220) | $ | 220 |
| 07/09/16 | Private (CraigsList - Vic)<br>- 1 File Cabinets - dark wood - 2-drawer filer + 2 door cabinet ($120 each)<br>- 1 File Cabinets - dark wood - 2-drawer filer ($70 each) | $ | 190 |
| 07/10/16 | Private (CraigsList - Anna)<br>- 2 IKEA Bjursta Bench ($20 each)<br>- 2 Guest Chairs ($20 each)<br>- 2 Small Roller Stools ($20 each)<br>- 1 Fan ($10 each) | $ | 130 |
| | | RUNNING TOTAL | $ 5,800 |